UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

| | |
|---|---|
| Michael Pare | Chapter 7 |
| | Case Number 18-30240 |
| Debtor | Honorable Elizabeth D. Katz |

_____/

| | |
|---|---|
| David W. Ostrander, Chapter 7 Trustee | Adversary Proceeding |
| | Case Number 18-03018 |
| Plaintiff, | |

v.

U.S. Bank National Association, not in its
individual capacity but solely as trustee
for the RMAC Trust, Series 2016-CTT

Defendant
_____/

**STATEMENT OF CORPORATE OWNERSHIP OF U.S. BANK,
NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT**

In compliance with Fed. R. Bankr. P. 7007.1, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("U.S. Bank") states that the following entities directly own 10% or more of U.S. Bank:

Name:       U.S. Bankcorp

Dated: September 20, 2018

U.S. Bank National Association, not
in its individual capacity but solely
as trustee for the RMAC Trust,
Series 2016-CTT
By its Attorneys,

/s/Daniel Murphy
Daniel Murphy, Esq., #559440
Orlans PC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 14-011494

## CERTIFICATE OF SERVICE

I, Daniel Murphy, of Orlans PC, do hereby certify that on September 20, 2018, I
served a copy of the Statement of Corporate Ownership on the service list below by first
class mail, postage prepaid or other method specified on service list.

/s/Daniel Murphy
Daniel Murphy, Esq., 559440
Orlans PC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 18-005717

VIA ECF

David W. Ostrander, Esq.
Ostrander Law Office
PO Box 1237
36 Center Service Road
Northampton, MA 01061-1237